**Order entered November 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01251-CV

### GREGORY WILLIAMS, Appellant

### V.

### PATRICK SMITH AND NINTH DISTRICT OF OMEGA PSI PHI FRATERNITY, INC., Appellees

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-04985-2019**

## ORDER

Before the Court are appellees' motion to extend time to file their brief on the merits and appellant's response. We **GRANT** the motion and extend the time to December 11, 2019. We caution appellees that further extension requests will be disfavored in this accelerated appeal.

/s/     KEN MOLBERG
          JUSTICE